```
McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
SHEILA K. OBERTO
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4042
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CARLOS ESPINDOLA,<br> aka CRUZ MENDOZA,<br><br>  Defendant. | 1:07-CR-00335 OWW<br><br>PRELIMINARY ORDER OF FORFEITURE<br>AND PUBLICATION THEREOF |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Carlos Espindola, aka Cruz Mendoza, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

  1.  Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), defendant Carlos Espindola, aka Cruz Mendoza's, interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

       a. Approximately $213,690 in U.S. Currency, which was seized on or about December 7, 2007; and

       b. Approximately $67,267.00 in U.S. Currency, which was seized on or about September 27, 2007.

///

///

1         2.   The above-listed assets constitute property derived from
2    proceeds traceable to a violation of 18 U.S.C. § 1341.
3         3.   Pursuant to Rule 32.2(b), the Attorney General (or a
4    designee) shall be authorized to seize the above-listed properties.
5    The aforementioned properties shall be seized and held by the U.S.
6    Marshals Service, in its secure custody and control.
7         4.   a.   Pursuant to 28 U.S.C. § 2461(c), incorporating 21
8    U.S.C. § 853(n) and Local Rule 83-171, the United States forthwith
9    shall publish at least once for three successive weeks in the
10   <u>Visalia Times-Delta</u> (Tulare County), a newspaper of general
11   circulation located in the county in which the above-listed
12   properties were seized, notice of this Order, notice of the
13   Attorney General's intent to dispose of the properties in such
14   manner as the Attorney General may direct, and notice that any
15   person, other than the defendant, having or claiming a legal
16   interest in the above-listed property must file a petition with the
17   Court within thirty (30) days of the final publication of the
18   notice or of receipt of actual notice, whichever is earlier.
19        b.   This notice shall state that the petition shall be
20   for a hearing to adjudicate the validity of the petitioner's
21   alleged interest in the properties, shall be signed by the
22   petitioner under penalty of perjury, and shall set forth the nature
23   and extent of the petitioner's right, title, or interest in the
24   properties and any additional facts supporting the petitioner's
25   claim and the relief sought.
26        c.   The United States may also, to the extent
27   practicable, provide direct written notice to any person known to
28   have an alleged interest in the properties that are the subject of

the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

    5.   If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) in which all interests will be addressed.

IT IS SO ORDERED.

**Dated:   May 15, 2008**             /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE