```
1  J.M. IRIGOYEN #177626
   Attorney at Law
2  J.M. IRIGOYEN LAW CORPORATION
   2131 Amador
3  Fresno, CA 93721

4  (559) 233-3333

5  Attorney for Defendant
   CARLOS ESPINDOLA
6
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07 cr 335 OWW |
| Plaintiff, ) | |
| vs. ) | STIPULATION TO CONTINUE |
| ) | SENTENCING |
| CARLOS ESPINDOLA, ) | |
| Defendant. ) | |
| _____) | |

It is stipulated and agreed between the parties that sentencing in the above matter currently set for June 16, 2008, be continued to July 7, 2008 at 9:00 a.m.

I hereby agree to the above stipulation.

Dated: June 11, 2008

                                       s/J.M. Irigoyen

                                 _____
                                 by: J.M. Irigoyen
                                 Attorney for Defendant

//

//

//

//

1

1  I hereby consent to the above stipulation.
2  DATED: June 11, 2008
                                          s/Stan Boone
3                                         _____

4                                         By: Stan Boone
                                          Assistant U.S. Attorney
5

6

7                    ORDER CONTINUING SENTENCING DATE

8      IT IS SO ORDERED.
9
   **Dated:   June 12, 2008**               **/s/ Oliver W. Wanger**
10                                         UNITED STATES DISTRICT JUDGE

2