1  McGREGOR W. SCOTT
   United States Attorney
2  STANLEY A. BOONE
   SHEILA K. OBERTO
3  Assistant U.S. Attorneys
   4401 Federal Building
4  2500 Tulare Street
   Fresno, California 93721
5  Telephone: (559)497-4042

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )   1:07-CR-00335 OWW
                                   )
12           Plaintiff,             )
                                   )
13      v.                          )   FINAL ORDER OF FORFEITURE
                                   )
14 CARLOS ESPINDOLA,               )
     aka CRUZ MENDOZA,             )
15                                  )
             Defendant.             )
16                                  )
                                   )
17

18      WHEREAS, on May 15, 2008, this Court entered a Preliminary Order
19 of Forfeiture and Publication Thereof pursuant to the provisions of 18
20 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), based upon the plea
21 agreement entered into between plaintiff and defendant Carlos Espindola,
22 aka Cruz Mendoza, forfeiting to the United States the following
23 property:

24          a.   Approximately $213,690 in U.S. Currency, which
                 was seized on or about December 7, 2007; and
25
            b.   Approximately $67,267.00 in U.S. Currency,
26               which was seized on or about September 27,
                 2007.
27

28 ///

1      AND WHEREAS, on June 12, 19, and 26, 2008, the United States
2 published notice of the Court's Order of Forfeiture in the <u>Visalia
3 Times-Delta</u> (Tulare County), a newspaper of general circulation located
4 in the county in which the above-listed properties were seized. Said
5 published notice advised all third parties of their right to petition
6 the court within thirty (30) days of the publication date for a hearing
7 to adjudicate the validity of their alleged legal interest in the
8 forfeited properties;

9      AND WHEREAS, the Court has been advised that no third party has
10 filed a claim to the subject properties and the time for any person or
11 entity to file a claim has expired.

12      Accordingly, it is hereby ORDERED and ADJUDGED:

13      1.   A Final Order of Forfeiture shall be entered forfeiting to the
14 United States of America all right, title, and interest in the above-
15 listed properties pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. §
16 2461(c), to be disposed of according to law, including all right, title,
17 and interest of Carlos Espindola, aka Cruz Mendoza.

18      2.   All right, title, and interest in the above-listed properties
19 shall vest solely in the name of the United States of America.

20      3.   The United States Marshals Service shall maintain custody of
21 and control over the subject properties until they are disposed of
22 according to law.

23      SO ORDERED THIS 13th day of <u>August</u>, 2008.

24

25                          /s/ OLIVER W. WANGER
                            OLIVER W. WANGER
26                          United States District Judge

27

28