BENJAMIN B. WAGNER
United States Attorney
DEANNA L. MARTINEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559)497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>CARLOS ESPINDOLA,<br> aka CRUZ MENDOZA,<br><br>            Defendant.<br>_____<br><br>RIGOBERTO GAMBOA BOBADILLA, and<br>ROSA GARCIA,<br><br>            Petitioners.<br>_____ | 1:07-CR-00335-OWW<br><br>**STIPULATION FOR AMENDED FINAL ORDER OF FORFEITURE AND ORDER THEREON** |

   IT IS HEREBY STIPULATED by and between Plaintiff United States of America and petitioners Rigoberto Gamboa Bobadilla and Rosa Garcia, to compromise and settle their interest in the following property (hereinafter, the "seized currency"), and to consent to the entry of a Final Order of Forfeiture as to the following asset pursuant to Fed. R. Crim. P. 32.2, and 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c) incorporating 21 U.S.C. § 853(p):

   a.   Approximately $213,690 in U.S. Currency, which was seized on or about December 7, 2007; and,

1           b.   Approximately $67,267.00 in U.S. Currency, which was
2                seized on or about September 27, 2007.
3       This Stipulation for Final Order of Forfeiture is entered into
4  between the parties pursuant to the following terms:
5       1.   On March 31, 2008, Carlos Espindola, aka Cruz Mendoza entered
6  into a plea agreement in which he pled guilty to Counts One, Two, Three,
7  and Eighteen of the Indictment, which charge mail fraud in violation of
8  18 U.S.C. § 1341.  The Court entered a Preliminary Order of Forfeiture
9  on May 15, 2008, for the above-listed currency.
10      Pursuant to 21 U.S.C. § 853(n)(1), the government published notice
11 in the <u>Visalia Times-Delta</u> on June 12, 19, and 26, 2008.  Rigoberto
12 Gambo Bobadilla filed a petition on October 24, 2008, claiming an
13 ownership interest in the seized currency.  The government received Rosa
14 Garcia's unfiled petition claiming an ownership interest in the seized
15 currency on July 6, 2009.  No other persons or entities have come
16 forward and the time for maintaining a claim has expired.
17      2.   The parties hereby stipulate that Rigoberto Gamboa Bobadilla
18 and Rosa Garcia each has a legal right, title, or interest in the seized
19 currency, and that such right, title, or interest requires the Court to
20 amend the Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P.
21 32.2(c)(2) to account for the petitioners' respective interests because
22 such interests were vested in them rather than the defendant at the time
23 of the commission of the acts which give rise to the forfeiture of the
24 property.  *See* 18 U.S.C. § 982(b)(1) (incorporating 21 U.S.C. § 853(n)).
25 The parties further stipulate, however, that Carlos Espindola, aka Cruz
26 Mendoza has an undivided ownership interest in the above-listed seized
27 currency and the Preliminary Order of Forfeiture remains valid to the
28 extent it orders the forfeiture of his interest.

3.   Upon entry of an *Amended* Final Order of Forfeiture, the approximately $213,690.00 in U.S. Currency and $59,867.00 of the approximately $67,267.00 in U.S. Currency, together with any interest that may have accrued on the $213,690.00 in U.S. Currency and the approximately $67,267.00 in U.S. Currency, shall be forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), to be disposed of according to law.

4.   Upon entry of an *Amended* Final Order of Forfeiture, but no later than 45 days thereafter, $4,000.00 of the approximately $67,267.00 in U.S. Currency shall be returned to Rigoberto Bobadilla Gamboa at 423 Main Street, Apt. A, Delano, California 93215.

5.   Upon entry of an *Amended* Final Order of Forfeiture, but no later than 45 days thereafter, $3,400.00 of the approximately $67,267.00 in U.S. Currency shall be returned to Rosa Garcia at 333 Vetter Street, Tulare, California 93274.

6.   The payment to petitioners Rigoberto Gamboa Bobadilla and Rosa Garcia shall be in full settlement and satisfaction of all claims and petitions by Rigoberto Gamboa Bobadilla and Rosa Garcia to the seized currency indicted by the Grand Jury for the Eastern District of California on or about December 20, 2007, and of all claims arising from and relating to the seizure, detention, and forfeiture of the currency.

7.   Upon payment, Rigoberto Gamboa Bobadilla and Rosa Garcia agree to to release and hold harmless the United States, and any agents, servants, and employees of the United States (and any involved state or local law enforcement agencies and their agents, servants, or employees), in their individual or official capacities, from any and all claims that currently exist or that may arise as a result of the government's actions against and relating to the seized currency.   As

against the United States and its agents, petitioners Rigoberto Gamboa Bobadilla and Rosa Garcia agree to waive the provisions of California Civil Code § 1542, which provides: "A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor."

8. Petitioners understand and agree that by entering into this stipulation of their interest in the seized currency, they waive any right to litigate further their interest in the seized currency and to petition for remission or mitigation of the forfeiture. Thereafter, if this Stipulation for Final Order of Forfeiture is approved by the Court, then unless specifically directed by and order of the Court, Rigoberto Bobadilla Gamboa and Rosa Garcia shall be excused and relieved from further participation in this action.

9. Petitioners understand and agree that the United States reserves the right to void the stipulation if the U.S. Attorney obtains new information indicating that the petitioners are not "innocent owners" pursuant to the applicable forfeiture statutes. In that event, the government shall promptly notify the petitioners of such action.

10. Each party agrees to bear its own costs and attorneys' fees, except as otherwise set forth herein.

11. Payment to the petitioners Rigoberto Bobadilla Gamboa and Rosa Garcia pursuant to this stipulation is contingent upon forfeiture of the seized currency to the United States, the United States' prevailing against any additional third parties alleging claims in an ancillary proceeding, and the Court's entry of a Final Order of Forfeiture. Further, the terms of this stipulation shall be subject to approval by

the United States District Court.  Violation of any term or condition herein shall be construed as a violation of an order of the Court.

12. The Court shall maintain jurisdiction over this matter to, inter alia, enforce the terms of this stipulation.

Date: December 28, 2009          BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Deanna L. Martinez
                                 DEANNA L. MARTINEZ
                                 Assistant U.S. Attorney


Date: December 15, 2009          /s/ Rigoberto Bobadilla Gamboa
                                 RIGOBERTO BOBADILLA GAMBOA
                                 Petitioner
                                 (Original signature retained by attorney)


Date: December 16, 2009          /s/ Rosa Garcia
                                 ROSA GARCIA
                                 Petitioner
                                 (Original signature retained by attorney)

**ORDER**

The Court having received, read, and considered the foregoing stipulation of the parties, and good cause appearing therefrom, the Stipulated Settlement is hereby ADOPTED and APPROVED, and the Court hereby enters an *Amended* Final Order of Forfeiture on the terms set forth in the parties' Stipulated Settlement.

IT IS SO ORDERED.

**Dated:   December 30, 2009**              /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE